Jeffrey K. Brown, Bar No. 162957
jrm@paynefears.com
Matthew J. Cute, Bar No. 265158
mjc@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Howard S. Goldfarb
hgoldfarb@homerbonner.com
(pro hac vice application pending)
HOMER BONNER JACOBS, P.A.
1200 Four Seasons Tower
1441 Brickell Ave.
Miami, Florida  33131
Telephone:  (305) 350-5115
Facsimile:   (305) 982-0089

Attorneys for Defendant
CORINTHIAN COLLEGES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. RANSEL, Class Representative, and Does 1-50, inclusive,<br><br>            Plaintiffs,<br><br>      v.<br><br>CORINTHIAN COLLEGES, INC., a Delaware corporation doing business as Everest College, DAPHNE HERNDON, and Does 1-50, inclusive,<br><br>            Defendants. | Case No. 5:14-cv-01296-GW-MAN<br><br>(San Bernardino County Superior Court Case No. CIVDS1312837)<br><br>**DECLARATION OF JULIE CORTEZ IN SUPPORT OF DEFENDANT CORINTHIAN COLLEGES, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Judge:            Hon. George H. Wu<br>Hearing Date: July 31, 2014<br>Time:             8:30 a.m.<br>Courtroom:    10, Los Angeles – Spring St. |

-1-
DECLARATION OF JULIE CORTEZ IN SUPPORT OF
DEFENDANT CORINTHIAN COLLEGES, INC.'S MOTION TO COMPEL
INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION

I, JULIE CORTEZ, hereby declare under 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth below and, if called upon to testify as a witness, could and would testify competently thereto.

2. This declaration is submitted in support of Defendant Corinthian Colleges, Inc.'s (the "School") Motion to Compel Individual Arbitration and to Dismiss or Stay Proceedings Pending Arbitration.

3. I am the registrar of the School's Everest College campus in San Bernardino, California. I am familiar with the manner in which, in the regular and ordinary course of business, records pertaining to the School's students are stored and may be retrieved, including the records relating to Plaintiff William Ransel, who attended the Everest College campus in San Bernardino during my tenure.

4. On January 7, 2009, Plaintiff met with an admissions representative at the Everest College campus in San Bernardino. That same day, Plaintiff executed—among other documents—an Everest College "Application/Enrollment Agreement" and an Everest College "Enrollment Agreement Addendum & Disclosure." True and correct copies of Plaintiff's Application/Enrollment Agreement and Enrollment Addendum & Disclosures are attached hereto as **Exhibits A** and **B**, respectively.

DECLARATION OF JULIE CORTEZ IN SUPPORT OF
DEFENDANT CORINTHIAN COLLEGES, INC.'S MOTION TO COMPEL
INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this 30th day of June, 2014, in San Bernardino, California.

*[signature]*

JULIE CORTEZ