Jeffrey K. Brown, Bar No. 162957
jrm@paynefears.com
Matthew J. Cute, Bar No. 265158
mjc@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Howard S. Goldfarb
hgoldfarb@homerbonner.com
(pro hac vice application pending)
HOMER BONNER JACOBS, P.A.
1200 Four Seasons Tower
1441 Brickell Ave.
Miami, Florida 33131
Telephone: (305) 350-5115
Facsimile: (305) 982-0089

Attorneys for Defendant
CORINTHIAN COLLEGES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. RANSEL, Class Representative, and Does 1-50, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>CORINTHIAN COLLEGES, INC., a Delaware corporation doing business as Everest College, DAPHNE HERNDON, and Does 1-50, inclusive,<br><br>Defendants. | Case No. 5:14-cv-01296-GW-MAN<br><br>(San Bernardino County Superior Court Case No. CIVDS1312837)<br><br>**DECLARATION OF MATTHEW J. CUTE IN SUPPORT OF DEFENDANT CORINTHIAN COLLEGES, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Judge:         Hon. George H. Wu<br>Hearing Date: July 31, 2014<br>Time:          8:30 a.m.<br>Courtroom:    10, Los Angeles – Spring St. |

-1-
DECLARATION OF MATTHEW J. CUTE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL
INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION

1     I, MATTHEW J. CUTE, hereby declare and state as follows:

2     1.    I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California.  I am an attorney with the law firm of Payne & Fears LLP, counsel of record for Defendant CORINTHIAN COLLEGES, INC. ("Defendant").  I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

3     2.    During the week of June 16, 2014, and on several occasions thereafter, I contacted the Law Offices of Marc Elliot Grossman, counsel of record for Plaintiff William G. Ransel.  Among the reasons for my telephone calls was to confer with Plaintiff's counsel, pursuant to Central District L.R. 7-3, regarding the substance of Defendant's anticipated motion to compel individual arbitration following Defendant's anticipated removal of this action to federal district court.  On each occasion, however, I was informed by Mr. Grossman's administrative staff that Mr. Grossman was not available to speak with me.  I therefore left multiple messages with the administrative staff requesting that Plaintiff's counsel return my telephone calls to, among other things, schedule and conduct a conference of counsel.  I received no response from Plaintiff's counsel's office during the week of June 16, 2014, or any time from June 23 through 26, 2014.  On Friday, June 27, 2014, I received a voicemail message from an individual named Steven Davis at the Law Offices of Marc Elliot Grossman in response to my messages from the preceding weeks.  On Monday, June 30, 2014, I again attempted to contact Mr. Grossman and/or Mr. Davis to discuss Defendant's motion to compel individual arbitration, but I was informed that both were unavailable to speak with me.  I have received no further response to my attempts to contact counsel for Plaintiff.

-3-

1     3.    Under the Federal Rules of Civil Procedure governing the timing of pleadings and responses following removal of an action to federal district court, Defendant must proceed at this time with filing its instant motion to compel individual arbitration as its pre-answer response to Plaintiff's First Amended Complaint. Defendant's counsel, however, has made good faith efforts to conduct a conference of counsel to comply with L.R. 7-3.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of July, 2014, in Irvine, California.

                                         */s/ Matthew J. Cute*
                                         Matthew J. Cute

-3-
DECLARATION OF MATTHEW J. CUTE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL
INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION